IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FNBC BANCORP INC.**                                                                                       **PLAINTIFF**

**V.**                                              **3:22CV00044 JM**

**CENTURYLINK COMMUNICATIONS, LLC**                                                **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal, this action is dismissed with prejudice.

IT IS THEREFORE ORDERED that this action is dismissed. The Clerk is directed to close the case. The trial scheduled for July 17, 2023 is cancelled.

Dated this 25th day of January, 2023.

_____
James M. Moody Jr.
United States District Judge